```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 47444
    LECOLE HAWTHORNE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-3930

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/28/2004 and was confirmed 03/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.05%.

     The case was dismissed after confirmation 08/01/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
OVERLAND BOND & INVESTME    SECURED            3950.00          402.28      3644.77
PEOPLES GAS LIGHT & COKE    UNSECURED              .00             .00          .00
OVERLAND BOND & INVESTME    UNSECURED          4444.53             .00          .00
AMERICAN GENERAL FINANCE    UNSECURED          3325.02             .00          .00
AMERICAN GENERAL FINANCE    NOTICE ONLY      NOT FILED             .00          .00
AT & T BANKRUPCTY           FILED LATE         1224.93             .00          .00
HOME BANKCARD SERVICES      UNSECURED        NOT FILED             .00          .00
CHARTER ONE BANK            UNSECURED        NOT FILED             .00          .00
CITY OF CHICAGO PARKING     UNSECURED          3812.00             .00          .00
CITY OF CHICAGO PARKING     UNSECURED        NOT FILED             .00          .00
TCF BANK                    UNSECURED        NOT FILED             .00          .00
CELLULAR ONE                UNSECURED        NOT FILED             .00          .00
MIDWEST VERIZON WIRELESS    UNSECURED           456.58             .00          .00
TIMOTHY K LIOU              REIMBURSEMENT       34.40              .00         34.40
TIMOTHY K LIOU              DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                  TRUSTEE                                           369.27
DEBTOR REFUND               REFUND                                            136.62

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             7,287.34

PRIORITY                                      34.40
SECURED                                    3,644.77
    INTEREST                                 402.28
UNSECURED                                       .00
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                         369.27
DEBTOR REFUND                                136.62
                                       ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 47444 LECOLE HAWTHORNE
```

| | | |
|---|---|---|
| TOTALS | 7,287.34 | 7,287.34 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE